**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LETICIA SANDERS**                                                                       **PLAINTIFF**

**V.**                           **CASE NO. 4:12CV00707 JM**

**PATRICK R. DONAHOE, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE**                                                       **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2014.

_____
James M. Moody Jr.
United States District Court